# Exhibit A

## Name

1. Abraham, Joseph

2. Acevedo, Alex

3. Ada, Keo

4. Adrian, Flores

5. Alissa, Lim

6. Angel, Nunez

7. Angelar, Thou

8. Anna, Buth

9. Anna, Yan

10. Ban, Kin

11. Ban, Sreymom

12. Banyan, Hok

13. Beauchamp, Gina

14. Bedard, Alexandra

15. Betty, Meiy

16. Binh, Rikki

17. Biuth, Pennington

18. Bob, Ross

19. Bonat, Chin

20. Bopha, Ban

21. Bophar, Par

22. Bory, Ban

23. Bory, Dan

24. Bounmy, Insixiengmay

25. Brenda, Phlo

26. Brian, Siegel

27. Buth, Asia Jun

28. Buthy, Tith

29. Carolina, Chuon

30. Carravady, Chan

31. Cedeno, Carlos

32. Chai, Ngeth

33. Chan, Sreypao

34. Chan, Vichet

35. Chanda, Veng

36. Chanroeun, Chea

37. Chen, Chao

38. Chen, Reach

39. Chenda, Ouk

40. Chheng, Chhunly

41. Chhoeuth, Moeun

42. Chou, Ny

43. Chun, Mao

44. Citally, Avalos

45. Colap, Tran

46. Da, Moeung

47. Daniel, San

48. Danny, Mom

49. Dao, Damy

50. Dara, Doung

51. Dara, Muk

52. Dara, Touch

53. David, Da

54. David, Tim

55. Dock, Sarom

56. Dominic, Kim

57. Dou, Sor

58. Douangpanya,
Ketthanlangsinh

59. Duong, Nancy

60. Eng Sok, Ly

61. Esmat, Hussain

62. Esmatullah, Ghulam-
Hussain

63. Faridah, Amin

64. Fay, Jimmy

65. Francisco, Ramos

66. Frank, Trang

67. Garcia, Juan

68. Gonzalez, Maria

69. Gotay, Ada

70. Guech, Kuoy Muoy

71. Heang, Daranin

72. Hem, Vee

73. Hiek, Seang

74. Hoeung, Yun

75. Hoeup, Honn

76. Hok, Vann

77. Hong, Buth

78. Honly, Chan

79. Hour, Hok

80. Hout, Hong

81. Htwe, Aung Naing

82. Huon, Kanha

83. Huong, Sok

84. Huy, Chea Ly

85. Im, Kolap

86. Janet, Seam

87. John, Uy Vichet

88. Johnny, Mom

89. Julia, Seam

90. Kailyn, Ortiz

91. Kang, Sao

92. Keang, Sok

93. Ken, Oeun

94. Keo, Sokhan

95. Kep, Ra

96. Kevin, Chea

97. Kheimlang, Lay

98. Khorn, Ngoun

99. Kimchan, Ung

100. Ko, Tharin

101. Kong, Perevon Peter

102. Kong, Peter

103. Kong, Peveron

104. Kong, Samreth

105. Kong, Sanankone

106. Kosal, Mom

107. Koun, Kheal

108. Kun, Thorn

109. Kun Buth, Asia

110. Ky, Sou

111. Lang, Chea

112. Lay, Tapoe

113. Leandro, Matias

114. Leang, Henry

115. Leena, Im

116. Leng, Kuoy Muoy

117. Lewsoe, Po

118. Li, Hor

119. Linda, Khun

120. Lun, Rady

121. Ly, Jem

122. Ly, Socheath

123. Mahamed, Shukri

124. Mai, Seng

125. Mak, Chhay Eng

126. Mak, Touch

127. Malen, Mao

128. Malivan, Proche

129. Maly, Keo

130. Mam, Mon

131. Manich, Men

132. Mano, Soun

133. Mao, Yom

134. Mao, Yon

135. Martarell, Juan

136. Meas, Sophea

137. Meas, Sophy

138. Men, Lam

139. Men, Manich

140. Meng, Seang

141. Michael, Maiy

142. Moeun, Sok

143. Moeut, Pek

144. Mom, Mach

145. Mon, Soun

146. Morales, Maria

147. Nah, Sok

148. Narin, Uy

149. Narun, Ros

150. Nat, Ken

151. Naw, Sandra

152. Ne, Chan

153. Nga, Lang

154. Ngoun Heang, Peng

155. Nguyen, Khoun

156. Nhing, Chantha

157. Nim, Chum

158. Noeun, Chhuoy

159. Noeur, Keo

160. Nop, Phon

161. Noun, Phiny

162. Nup, Varin

163. Nuth, Boun

164. Ny, Chan

165. Ny, Thoeun

166. Nyta, Chhung

167. Ohne, Phonchanh

168. Ok, Davy

169. Onnella, Ngaun

170. Ortiz, Jose

171. Oscar, Guzman

172. Oun, Em

173. Oun, Meas

174. Pao, Kimleng

175. Paw, Htu Htu

176. Pech, Yoeum

177. Peou, Oum

178. Phal, Sok

179. Phalla, Thach

180. Phally, Oum

181. Pham, Thanh

182. Phany, Sem

183. Phath, Phally

184. Pheaktra, Phol

185. Pheaktra, Pol

186. Pheng, Ek

187. Phiroun, Eng

188. Pho, Vicheth

189. Phoeung, Chunleang

190. Phon, Nop

191. Phongmarie, Doung

192. Pich, Say

193. Piseth, Sam

194. Preah, Kong

195. Preng, Sopheany

196. Prum, Chandy

197. Rachan, Panla

198. Rafeuth, El

199. Ralphvy, Hem

200. Randell, Matthew

201. Rasy, Sorn

202. Rath, Neou

203. Rin, Ry

204. Rin, Tea

205. Rin, Thea

206. Rina, Hak

207. Rithy, Chuuong

208. Rithyvong, Tea

209. Rodriguez, Carlos

210. Roeuth, Lam

211. Rojas, Ada

212. Rosa, Kimberly

213. Roth, Sopheaktra

214. Sakhon, Nou

215. Salet, Nor

216. Sam, Ly

217. Sam, Wu

218. Saman, Moeung

219. Sambath, Ea

220. Sambath, Muth

221. Sambath, Savy

222. Sambo, Low

223. Sambo, Sik

224. Samean, Chhem

225. Sameth, Dom

226. Samnang, Mich

227. Samnang, Oeung

228. Samnang, Tuy

229. Samnangraith, Mich

230. Samnith, Chay

231. Samoeun, Yim

232. Samuth, Sea

233. Samy, Dao

234. Sanaboon, Raxajak

235. Sanchez, Carlos

236. Santiago, Manuel

237. Sao, Ren

238. Sarah, Hul

239. Saran, Yin

240. Saren, Preas

241. Saren, Sok

242. Sareoun, Choy

243. Sareth, Nem

244. Sareum, Pech

245. Sarik, Yan

246. Sarith, Khav

247. Sarith, Khay

248. Sarom, Chhoeung

249. Sarom, Dock

250. Sarom, Heak

251. Satha, Kim

252. Sav, David

253. Savann, Bun

254. Savon, Damico

255. Savon, Van

256. Savout, Nom

257. Say, Kuoy

258. Seak, Sam

259. Sek, Peter

260. Sem, Sam

261. Seng, Bun

262. Seng, Sopheak

263. Sengkry, Pok

264. Sengry, Naw

265. Sengry, Ngorn

266. Senoeun, Doeun

267. Serey, Srey

268. Seun, Em

269. Sidana, Mey

270. Sikhouch, Tith

271. Sim, Tea

272. Sima, Yim

273. Sinbandith, Bounleuth

274. Sitha, Sin

275. So, Thidarosa

276. Sok, Jerry

277. Sok, Mom

278. Sok, Sar

279. Sokha, Uong

280. Sokhan, Cheng

281. Sokhan, Kheng

282. Sokhom, Chay

283. Sokhom, Kep

284. Sokun, Kong

285. Sokun, Nay

286. Son, Jan

287. Sonita, Em

288. Sony, My

289. Sophal, Him

290. Sopheap, Luy

291. Sophia, Seng

292. Sophy, Chaunt

293. Sophy, Chhung

294. Sorn, Im

295. Soth, Sar

296. Sotha, Van

297. Sothea, Guoy

298. Sothea, Ly

299. Sotra, Mean

300. Sous, Saran

301. Sreyny, Chhuon

302. Sroy, Khat

303. Sun, Theary

304. Svay, Kakashi

305. Svay, Kirry

306. Sysouphanh, Samly

307. Tha, Som

308. Thach, Thavory

309. Thon, Moul

310. Thongdarom, Thanom

311. Touch, Chhy

312. Touch, Kea

313. Tran, Chuong

314. Tran, Malaya

315. Tur, Sokkim

316. Tyler, Prak

317. Um, Sophorn

318. Uong, Sokha

319. Uy, Narin

320. Van, Choeuy

321. Vandy, Em

322. Vandy, Rem

323. Vann, Som

324. Vanna, Em

325. Vanna, Huon

326. Vannak, Vann

327. Vannol, Pa

328. Vanny, Em

329. Vanny, Hor

330. Vantha, Run

331. Veasna, Meas

332. Vichenny, Keo Sem

333. Victoria, Eziefuela

334. Vongsak, Yin

335. Vuong, Tran

336. Vuthy, Ith

337. Wallace, David

338. Way, Myo

339. Win, Khine

340. Yan, Sok

341. Yim, Ramsek Chan

342. Yom, Chea

343. Dock, Sarom

344. Em, Sonita

345. Heung, Pech

346. Hoeung, Kim

347. Hou, Ly

348. Kheov, Uksa

349. Lao, Teahoeu

350. Ly, Ko

351. Ly, Ro

352. Moeun, Sophol

353. Ngorn, Sengry

354. Phaun, Sao

355. Poev, Somath

356. Ry, Bo

357. Seng, Bun

358. Thach, Thavory

359. Batista, Timothy

360. Bunrong, Nop

361. Buth, Hong

362. Buth, Hong

363. Cham, Rong

364. Chou, Jim

365. Chum, Daniel

366. Danh, Ngoi

367. Galarza, John

368. Kek, Nat

369. Keo, Prathna

370. Khia, Vong

371. Khiasoth, Vong

372. Khiasoth, Vong Doeun

373. Lam, Loch

374. Lee, Tevin

375. Long, Klung

376. Ly, Michael

377. Meas, Nant

378. Meas, Noun

379. Neng, Tom

380. Nop, Borong

381. Nop, Rong

382. Ok, Davy

383. Phal, So

384. Pho, David Sath

385. Pho, Sath

386. Roeun, Dara

387. Ron, Dara

388. S, David

389. San, Nant

390. Sao, David

391. Sao, Phal

392. Say, Nou Duang

393. Sedur, Jason

394. Seng, Rong

395. Seng, Timothy Batista

396. So, Phil

397. Sysouphanh, Samly

398. Thach, David

399. Ti, Nour

400. Vann, Hok

401. Acebedo, Alex

402. Chiep, Rong

403. Chim, Allen

404. Danh, Ngoi

405. Doung, Chantra

406. Insixiengmay, Bounmy

407. Johnson, FNU

408. Khiasoth, Vongdoeun

409. Kong, Preah

410. Lee, Nou

411. Loeur, Toeung

412. Mortorell Sr., Juan

413. Neak, Chhay

414. Neng, Tom

415. Ngoun, Paul

416. Ok, Davy

417. Ortiz, Jose

418. Phoer, Jared

419. Reach, Chen

420. Savanna, Chhoeth

421. Seng, Rong

422. Seng, Timothy

423. So, Phil

424. Ti, Nouv

425. Toeur, Loeung

426. Uch, Johnson

427. Vann, Hok

428. Vath, Mao

429. Youk, Loch

430. Acebedo, Alex

431. Chiep, Rong

432. Chim, Allen

433. Danh, Ngoi

434. Doung, Chantra

435. Insixiengmay, Bounmy

436. Johnson, FNU

437. Khiasoth, Vongdoeun

438. Kong, Preah

439. Lee, Nou

440. Loeur, Toeung

441. Mortorell Sr., Juan

442. Neak, Chhay

443. Neng, Tom

444. Ngoun, Paul

445. Ok, Davy

446. Ortiz, Jose

447. Phoer, Jared

448. Reach, Chen

449. Savanna, Chhoeth

450. Seng, Rong

451. Seng, Timothy

452. So, Phil

453. Ti, Nouv

454. Toeur, Loeung

455. Uch, Johnson

456. Vann, Hok

457. Vath, Mao

458. Youk, Loch